```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————————
Y.G., ET AL.,

                    Plaintiffs,         20-cv-1298 (JGK)

        - against -                     ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
———————————————————————————————
```

JOHN G. KOELTL, District Judge:

   The parties should submit a Rule 26(f) report by August 14, 2020.

SO ORDERED.

Dated:   New York, New York
         July 27, 2020          ___/s/ John G. Koeltl_____
                                     John G. Koeltl
                                United States District Judge