UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Y.G. and G.H. individually and on behalf of R.G-H. :

        Plaintiffs,     :

    -against-     :

NEW YORK CITY DEPARTMENT OF     :
EDUCATION

        :

        Defendant.
------------------------------------------------------------X

**ORDER**

20-CV-1298 (JGK)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    Counsel to the parties advised the Court, through a joint letter dated October 9, 2020, that the parties have conferred and determined that no utility exists in convening the settlement conference scheduled previously for October 15, 2020. The parties request that the settlement conference be cancelled. The request is granted. The parties shall file a copy of their October 9, 2020 letter with the Clerk of Court expeditiously.

Dated: New York, New York     SO ORDERED:
      October 9, 2020

                                          *Kevin Nathaniel Fox*
                                          KEVIN NATHANIEL FOX
                                          UNITED STATES MAGISTRATE JUDGE